# United States Court of Appeals
# for the Fifth Circuit

_____

No. 21-60227

_____

IN RE: JUDY HOUSTON,

*A True Copy*
*Certified order issued May 26, 2021*

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

*Movant.*

_____

Authorization to file Successive Habeas Corpus Petition

_____

CLERK'S OFFICE:

    Authorization to file a successive habeas corpus petition is dismissed for failure to comply with this Court's notice of April 19, 2021.

 

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
    Dantrell L. Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT